UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA CRITTENDON, | Case No. 2:19-cv-01205-JAD-EJY |
| Plaintiff, | ORDER |
| v. | |
| MACHAM, *et al.*, | |
| Defendants. | |

## I. DISCUSSION

On July 10, 2019, Plaintiff filed a complaint without a filing fee or an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). The Court ordered Plaintiff to pay the filing fee or file a complete application to proceed *in forma pauperis*, including the required financial certificate and account statements, within 30 days. (ECF No. 3).

Plaintiff has now filed a motion for an extension of time to file the application to proceed *in forma pauperis*, stating that there is a delay out of his control in receiving the financial certificate from prison officials. (ECF No. 4). Plaintiff was required to file the application to proceed *in forma pauperis* with his complaint, including the required financial documents. He did not do so, requiring a series of orders from this Court.

The Court will give Plaintiff one extension of time until September 20, 2019 to file a complete application to proceed *in forma pauperis*, including the required financial documents. If Plaintiff does not meet that deadline, the Court will dismiss this action without prejudice to allow Plaintiff to refile the action with either the filing fee or a proper and complete application to proceed *in forma pauperis*, including the required financial documents.

The Clerk of the Court will retain the complaint (ECF No. 1-1), but the complaint will not be filed and the case therefore will not be initiated unless and until Plaintiff files the required documents or pays the filing fee.

1

Plaintiff also seeks a copy of his complaint. (ECF No. 4). It is Plaintiff's responsibility to maintain copies of his court filings. The Court cannot provide free copies of documents, even to indigent plaintiffs proceeding *in forma pauperis*. If Plaintiff wishes to receive copies of electronically filed documents from the Court at this time, the cost is $0.10 per page. Nev. LR IC 1-1(i)(5).

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted. Plaintiff shall pay the filing fee or file a complete application to proceed *in forma pauperis*, including the required financial certificate and account statements, by September 20, 2019.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, the action will be dismissed without prejudice.

It is further ordered that the motion for a free copy of the complaint (ECF No. 4) is denied without prejudice to Plaintiff ordering and paying for such a copy.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.


DATED THIS 21st day of August, 2019.



_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE