# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>        Plaintiff<br>v.<br>MACHAM, *et al.*,<br><br>        Defendants | Case No. 2:19-cv-01205-JAD-EJY<br><br>**Order Reopening Case**<br><br>[ECF No. 12] |

  On October 29, 2019, this court dismissed plaintiff's case without prejudice and entered judgment based on plaintiff's failure to file a fully complete application to proceed *in forma pauperis* or pay the $400 filing fee in compliance with this court's September 18, 2019, order.[1] Days later, plaintiff filed a notice requesting an updated case status,[2] followed by an emergency motion for reconsideration of this court's October 29, 2019, dismissal order, to which plaintiff attached his application to proceed *in forma pauperis* on the correct form. The court grants plaintiff's motion for reconsideration and will reopen this case. The plaintiff must <u>timely</u> comply with all future court orders. The plaintiff is further advised that his emergency motion for reconsideration[3] is <u>not</u> an emergency motion and, in the future, plaintiff must not label non-emergency motions as emergencies. Plaintiff is also advised that the court will screen plaintiff's complaint [ECF No. 1-1] in a separate screening order in due course. Due to the court's high case load, plaintiff should expect that screening process to take several months.

---

[1] ECF Nos. 9, 10.

[2] ECF No. 11.

[3] ECF No. 12.

IT IS THEREFORE ORDERED that the plaintiff's motion for reconsideration **[ECF No. 12] is GRANTED.**

IT IS FURTHER ORDERED that **the court's dismissal order [ECF No. 9] and judgment [ECF No. 10] are VACATED, and the Clerk of the Court is directed to REOPEN THIS CASE.**

Dated: November 19, 2019.

_____
Jennifer A. Dorsey, U.S. District Judge